```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

Marian Giorgio,

                    Plaintiff,          MEMORANDUM & ORDER
                                        21-cv-736(EK)(MHH)
         -against-

Commissioner of Social Security,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Henry's Report and Recommendation (R&R) dated February 15, 2025.  ECF No. 20. Judge Henry recommends granting in part and denying in part Plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b). Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Henry's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, Plaintiff's counsel is awarded $4,500 in attorney's fees pursuant to Section 406(b).  Within seven days of receipt of the Section 406(b) fees, Plaintiff's counsel should refund Plaintiff $655.89 in

fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED.

                                               /s/ Eric Komitee
                                               ERIC KOMITEE
                                               United States District Judge

Dated:    March 10, 2025
            Brooklyn, New York